# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARGARET ALBERS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | File No. 1:19-cv-05521-WMR-AJB |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| THE BOARD OF REGENTS OF ) | |
| THE UNIVERSITY SYSTEM OF ) | |
| GEORGIA/GEORGIA STATE ) | |
| UNIVERSITY; RISA PALM; and ) | |
| WENDY HENSEL, individually, and in ) | |
| their official capacities as Provost, ) | |
| ) | |
| Defendants. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 20th day of November, 2020.

*[Signatures on next page]*

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| <u>*/s/ Emma Bellamy*</u> | <u>*s/Katherine Powers Stoff*</u> |
| Rachel Berlin Benjamin | Katherine Powers Stoff |
| Georgia Bar No. 707419 | Georgia Bar No. 536807 |
| rberlin@buckleybeal.com | |
| Edward D. Buckley | Georgia Department of Law |
| edbuckley@buckleybeal.com | 40 Capitol Square, SW |
| Georgia Bar No. 092750 | Atlanta, GA 30334 |
| Emma C. Bellamy | Tele: 404-656-3380 |
| Georgia Bar No. 288619 | Fax:  404-657-9932 |
| ebellamy@buckleybeal.com | kstoff@law.ga.gov |
| Andrew R. Tate | |
| Georgia Bar No. 518068 | |
| atate@buckleybeal.com | |

Buckley Beal, LLP
600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

## Local Rule 7.1.D Certification:

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14 point font in compliance with Local Rule 5.1C.

<u>*/s/ Emma Bellamy*</u>
Emma C. Bellamy
Georgia Bar No. 288619
ebellamy@buckleybeal.com

- 2 -

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARGARET ALBERS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) File No. 1:19-cv-05521-WMR-AJB |
| v. | ) |
| | ) |
| THE BOARD OF REGENTS OF | ) |
| THE UNIVERSITY SYSTEM OF | ) |
| GEORGIA/GEORGIA STATE | ) |
| UNIVERSITY and RISA PALM, | ) |
| Individually, and in her | ) |
| official capacity as Provost, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2020, the foregoing **JOINT STIUPULATION OF DISMISSAL** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will be sent electronically to the following registered participants:

Katherine Powers Stoff (kstoff@law.ga.gov)

**BUCKLEY BEAL, LLP**

By:  */s/ Emma Bellamy*
Emma C. Bellamy
Georgia Bar No. 288619
ebellamy@buckleybeal.com

- 3 -